JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BALBOA CAPITAL CORPORATION, a California corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>OKOJI HOME VISITS MHT, LLC, a Maryland limited liability company; ULNACS MEDICAL CARE, PC, a Maryland corporation; GODSWILL OKOJI, an individual; and DOES 1 through 10, inclusive,<br><br>            Defendants.<br><br>AND CONSOLIDATED ACTIONS. | Lead Case No.<br>8:17-cv-01072 JLS (KESx)<br><br>Consolidated for pretrial purposes with:<br>8:17-cv-01085-JLS-KES<br>8:17-cv-01086-JLS-KES<br>8:17-cv-01094-JLS-KES<br>8:17-cv-01107-JLS-KES<br>8:17-cv-01117-JLS-KES<br>8:17-cv-01118-JLS-KES<br>8:17-cv-01140-JLS-KES<br>8:17-cv-01146-JLS-KES<br>8:17-cv-01186-JLS-KES<br>8:17-cv-01187-JLS-KES<br>8:17-cv-01315-JLS-KES<br>8:17-cv-01328-JLS-KES<br>8:17-cv-01336-JLS-KES<br>8:17-cv-01358-JLS-KES<br>8:17-cv-01630-JLS-KES<br><br>Assigned to: Hon. Josephine L. Staton Courtroom 10A<br><br>**ORDER TRANSFERRING CONSOLIDATED ACTIONS TO THE U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF TEXAS** |

The Court has considered the parties' Stipulation to Transfer Consolidated Actions to the United States District Court for the Northern District of Texas filed by Plaintiff, Balboa Capital Corporation ("**Balboa**"), and Defendants Godswill Okoji and ULNACS Medical Care, PC; Zaigham A. Butt; Tabasum Imran; Uchechi Opaigbeogu; Scotty Ortega; Jaideep Patel; Cedric Poku-Dankwah and Cedric Poku-Dankwah MD; El Sherif Omar Shafie; Love Nakandi Sozi; Vu Thi; and Hailegiorgis Woldegiorgis, Chambless Johnston, Abdul Siddiqui, Nhue Ho, Sushil Patel, and Fadi Daoud El-Salibi ("**Defendants**"), and for good cause shown as set forth in the Stipulation;

**IT IS HEREBY ORDERED** that the Consolidated Actions listed below are hereby transferred to the United States District Court for the Northern District of Texas:

*Balboa Capital Corporation v. Okoji Home Visits MHT, LLC et al.*, No. 8:17-cv-01072-JLS-KES;

*Balboa Capital Corporation v. Patel Transitions MHT LLC et al.*, No. 8:17-cv-1085-JLS-KES;

*Balboa Capital Corporation v. Shafie Transitions MHT LLC et al.*, No. 8:17-cv-01086-JLS-KES;

*Balboa Capital Corporation v. Butt Transitions MHT LLC et al.*, No. 8:17-cv-01094-JLS-KES;

*Balboa Capital Corporation v. Johnston Transitions MHT LLC et al.*, No. 8:17-cv-01107-JLS-KES;

*Balboa Capital Corporation v. Thi Transitions MHT LLC et al.*, No. 8:17-cv-01117-JLS-KES;

*Balboa Capital Corporation v. Woldegiorgis Transitions MHT LLC et al.*, No. 8:17-cv-01118-JLS-KES;

*Balboa Capital Corporation v. Siddiqui Transitions MHT LLC et al.*, No. 8:17-cv-01140-JLS-KES;

*Balboa Capital Corporation v. Ortega Home Visits MHT LLC et al.*, No. 8:17-cv-01146-JLS-KES;

*Balboa Capital Corporation v. Las Vegas Transitions MHT LLC et al.*, No. 8:17-cv-01186-JLS-KES;

*Balboa Capital Corporation v. El-Salibi Transitions MHT LLC et al.*, No. 8:17-cv-01187-JLS-KES;

*Balboa Capital Corporation v. Poku Home Visits MHT LLC et al.*, No. 8:17-cv-01315-JLS-KES;

*Balboa Capital Corporation v. Opaigbeogu MHT LLC et al.*, No. 8:17-cv-01328-JLS-KES;

*Balboa Capital Corporation v. Sozi Transitions MHT, LLC et al.*, No. 8:17-cv-01336-JLS-KES;

*Balboa Capital Corporation v. Doctor Nhue Ho Home Visits LLC et al*, No. 8:17-cv-01358-JLS-KES;

*Balboa Capital Corporation v. Imran Transitions MHT, LLC, et al.*, No. 8:17-cv-01630-JLS-KES.

**IT IS SO ORDERED.**

DATED: April 11, 2018

_____
Hon. Josephine L. Staton
United States District Judge